# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER D. HEMMINGS

Plaintiff

V.

United States of America

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0907

I, CHRISTOPHER DAVID HEMMINGS _____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration U.S.P. FLORENCE C.O.
   Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☒ Yes   ☐ No

RECEIVED
MAY 19 2008
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

# Inmate Statement



| Inmate Reg #: | 63179053 | Current Institution: | Florence Complex |
| Inmate Name: | HEMMINGS, CHRISTOPHER | Housing Unit: | FLP-B-B |
| Report Date: | 05/14/2008 | Living Quarters: | B05-106U |
| Report Time: | 9:25:04 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 5/9/2008 7:27:24 AM | HIPP0408 | | | Payroll - IPP | $11.76 | | $18.04 |
| FLX | 5/7/2008 10:03:29 AM | 30 | | | Sales | ($2.20) | | $6.28 |
| FLX | 4/30/2008 9:26:29 AM | 7 | | | Sales | ($2.70) | | $8.48 |
| FLX | 4/10/2008 7:54:40 AM | HIPP0308 | | | Payroll - IPP | $5.40 | | $11.18 |
| FLX | 2/26/2008 6:12:03 PM | 48 | | | Sales | ($4.25) | | $5.78 |
| FLX | 2/23/2008 4:08:34 AM | TX022308 | | | Transfer - In from TRUFACS | $10.03 | | $10.03 |

1

Total Transactions: 6

Totals: $18.04 $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $18.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.04 |
| Totals: | $18.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.04 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $17.16 | $60.45 | $13.98 | $18.04 | $11.37 | N/A | N/A |

**AUTHORIZED BY THE ACT OF JULY 7, 1955 TO ADMINISTER OATHS (18 USC 4004)**

*[signature]* May 14, 2008
@ 9:26 am
R PACHECO / CSW



U.S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office

---

U.S. Custom House
2nd & Chestnut Streets - 7th Floor
Philadelphia, PA. 19106

November 15, 2007

Christopher Hemmings
Reg. No. 63179-053
USP Canaan
P. O. Box 300
Ayers, MA 18472

Re:  Your Letters Dated October 22 and November 8, 2007
     Claim Nos. TRT-NER-2007-06562 and TRT-NER-2008 00469

Dear Mr. Hemmings:

After review of your letters regarding the above claims, please be advised that Claim TRT-NER-2007-06562 received in this office on September 12, 2007 and was rejected on October 17, 2007. However, your recently submitted claim, received October 11, 2007, has been accepted and **assigned a new number, TRT-NER-2008-00459.**

Under the provisions of the Federal Tort Claims Act, 28 U.S.C. 2675, we have six months from the date of receipt to review, consider, and adjudicate your claim. Accordingly, you can expect a response from this office by April 8, 2008.

I trust this information has been helpful.

Sincerely,

Henry J. Sadowski
Regional Counsel