**RECEIVED**

MAY 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-907
JDB

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Date: 05/20/2008
Time: 12:05:37 pm

Start Date: 11/01/2007
End Date: 05/20/2008
Inmate Reg#: 63179-053
Account Status: All
Institution: All

Facility: FLX

Trust Account form, Prisoner trust Account Report, And A six-month certified copy of your Prison trust Account statement.

to support my complaint

Christopher D. Hemmings

Date: 05/20/2008  
Time: 12:05:37 pm

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 6379053 | Living Quarters: | B05-106U |
| Inmate Name: | HEMMINGS, CHRISTOPHER | Arrived From: | OKL |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLP-B-B | Account Creation Date: | 5/21/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 11/02/2007 07:57:17 AM | 5 | | | Sales | ($0.10) | | $11.43 |
| CAA | 11/05/2007 09:17:34 PM | 33302608 | | | Western Union | $50.00 | | $61.43 |
| CAA | 11/09/2007 07:52:14 AM | 1 | | | Sales | ($0.10) | | $61.33 |
| CAA | 11/21/2007 06:57:15 PM | 134 | | | Sales | ($20.50) | | $40.83 |
| CAA | 11/26/2007 08:45:15 AM | HJV0012 | | | Photo Copies | ($1.00) | | $39.83 |
| CAA | 11/29/2007 12:42:24 PM | HJV0012 | | | Photo Copies | ($2.70) | | $37.13 |
| CAA | 11/30/2007 08:19:14 AM | 32 | | | Sales | ($0.50) | | $36.63 |
| CAA | 12/07/2007 07:30:06 AM | 002016 | | | FRP Quarterly Pymt | ($25.00) | | $11.63 |
| CAA | 12/07/2007 08:40:30 AM | 44 | | | Sales | ($0.10) | | $11.53 |
| CAA | 12/14/2007 08:44:33 AM | 38 | | | Sales | ($0.10) | | $11.43 |
| CAA | 12/21/2007 08:14:39 AM | 28 | | | Sales | ($0.10) | | $11.33 |
| CAA | 12/27/2007 02:13:03 PM | HJV0017 | | | Photo Copies | ($0.60) | | $10.73 |
| CAA | 01/04/2008 08:34:11 AM | 33 | | | Sales | $0.00 | | $10.73 |
| CAA | 01/11/2008 08:11:32 AM | 8 | | | Sales | ($0.10) | | $10.63 |
| CAA | 01/18/2008 08:29:11 AM | 23 | | | Sales | ($0.10) | | $10.53 |
| CAA | 01/25/2008 07:52:31 AM | 1 | | | Sales | ($0.50) | | $10.03 |
| | **Total Transactions:** | **16** | | | | | | $10.03 |
| OKL | 02/14/2008 07:47:59 AM | TX021408 | | | Transfer - In from TRUFACS | $10.03 | | $10.03 |
| | **Total Transactions:** | **1** | | | | | | |
| CAA | 02/14/2008 08:47:59 AM | TX021408 | | | Transfer - Out to TRUFACS | ($10.03) | | $0.00 |
| | **Total Transactions:** | **1** | | | | | | |
| FLX | 02/23/2008 04:08:34 AM | TX022308 | | | Transfer - In from TRUFACS | $10.03 | | $10.03 |
| | **Total Transactions:** | **1** | | | | | | |
| OKL | 02/23/2008 05:08:34 AM | TX022308 | | | Transfer - Out to TRUFACS | ($10.03) | | $0.00 |
| | **Total Transactions:** | **1** | | | | | | |
| FLX | 02/26/2008 06:12:03 PM | 48 | | | Sales | ($4.25) | | $5.78 |

Date: 05/20/2008
Time: 12:05:38 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | |
|---|---|
| Inmate Reg#: | 63179053 |
| Inmate Name: | HEMMINGS, CHRISTOPHER |
| Current Site Name: | Florence Complex |
| Housing Unit: | FLP-B-B |
| Living Quarters: | B05-106U |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 5/21/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 04/10/2008 07:54:40 AM | HIPP0308 | | | Payroll - IPP | $5.40 | | $11.18 |
| FLX | 04/30/2008 09:26:29 AM | | 7 | | Sales | ($2.70) | | $8.48 |
| FLX | 05/07/2008 10:03:29 AM | | 30 | | Sales | ($2.20) | | $6.28 |
| FLX | 05/09/2008 07:27:24 AM | HIPP0408 | | | Payroll - IPP | $11.76 | | $18.04 |
| FLX | 05/14/2008 10:03:37 AM | | 36 | | Sales | ($3.52) | | $14.52 |
| | **Total Transactions:** | **6** | | | **Totals:** | **$2.99** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $14.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.52 |
| **Totals:** | **$14.52** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$14.52** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $17.16 | $63.97 | $12.44 | $18.04 | $12.06 | N/A | N/A |