UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER D. HEMMINGS<br>Reg. No. 63179-053<br>U.S.P. Florence<br>P.O. Box 7000<br>Florence, CO 81226-7000<br><br>　　　　　　　Plaintiff<br>　　v.<br><br>United States of America;<br>Adam Michael Abensohn;<br>Sean Thomas Haran;<br>Department of Justice;<br>Bureau of Prisons;<br>Harley Lappin, D. Scott Dodrill;<br>Jonathan C. Miner; Ronnie<br>R. Holt; Harrell Watts;<br>Unit Manager Trottman;<br>CMC Tanner; Unit Manager<br>Page; Unit Manager Lindsey;<br>Case Manager Whitmar;<br>Counselor Jones: Counselor<br>Fisher; S.I.S. R. Eder; S.I.S.<br>Lieutenant Johnson; Lieutenant<br>J. Davenport; Lieutenant Caprio;<br>Case Manager Barrett; S.O.S. D.<br>Stroble; S.O.S. R. Woody;<br>All in their individual and<br>Official Capacities,<br>　　　　　　　Defendants. | Civil Action No.: 08-0907 (JDB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for the federal defendants in the above-captioned case.

                                    /s/
                              KENNETH ADEBONOJO
                              Assistant United States Attorney
                              555 4th St., N.W.
                              Washington, D.C. 20530
                              (202) 514-7157
                              kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Christopher D. Hemmings**, via U.S. Postage prepaid and addressed as follows:

CHRISTOPHER D. HEMMINGS
R#63179-053
FLORENCE HIGH USP
POB 7000
FLORENCE, CO 81226

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov