UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER D. HEMMINGS

VS.         C.A. No. 08-907 JDB

USA, ET AL

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: Johnathan C. Miner

Defendant's address: U.S.P. Allenwood, P.O. Box 3000, White Deer, PA 17887
(This is last address). I am unable to resolve the issue informally because Johnathan C. Miner no-longer works with the B.O.P., i.e. he has resigned.

Defendant's name:

Defendant's address:

Defendant's name:

Defendant's address:

Defendant's name:

Defendant's address:

Defendant's name:

Defendant's address:

Defendant's name:

RECEIVED JUL 25 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HEMMINGS
    -v-                                                           [CIVIL ACTION NO. 08-0907JDB]
U.S.A.
1:08-CV-00907-JDB

### AFFIDAVIT

STATE OF COLORADO  )

    I, plaintiff Hemmings submitting this sworn affidavit to support the address of defendant(s) Johnathan C. Miner, the defendant is no longer working with the Federal Bureau of Prisons.
    I, plaintiff Hemmings am unable to resolve the issue of obtaining the address of Johnathan C. Miner due to the fact that I am a federal prisoner and his home address is unavailable to plaintiff Hemmings according to the law.
    I, plaintiff Hemmings, therefore, respectfully request that the court find the address of Jonathan C. Miner.

_____
Signature of Plaintiff

_____
Notary Signature

Signed this  21  day of  July  ,  2008  .  Time  9:14a  .

_____      _____
Notary Signature                                      Signature of Plaintiff

County of Fremont
State of Colorado

HEMMINGS, Christopher
Reg. No.: 63179-053
SHU/IB
Page 1

## Inmate Request to Staff Member Response

This is in response to your Inmate Request to Staff Member in which you are state you have not been given the opportunity to discuss the incident when you became a victim of assault with the SIS Lieutenant. You add you have attempted on several occasions to contact the SIS Lieutenant in regard to this matter.

After evaluating your situation, it is determined that the SIS Lieutenant has interviewed you on three (3) different occasions. The SIA has also spoken with you on several occasions during his rounds conducted in the Special Housing Unit.

I trust this addresses your concerns.

Date: March 23, 2007

Jonathan C. Miner
Warden

Exhibit A