# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Christopher D. Hemmings | 08-907  JDB |
| DEFENDANT | TYPE OF PROCESS |
| United States of America, Et Al | S&C  (2nd Request) |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mr. Lindsey, Unit Manager – USP – Canaan   (Official Capacity)

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

POB 400, Waymart, PA  18472

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER       DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk | Date 7/14/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/25/08   Time: 1035  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: James Carr

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | $26.61 | $8.00 | $124.61 | | | |

REMARKS: Forwarded in JADIS 08-907-7/25/08, 1 DUSM-2HRS($90.00), MILEAGE RTN 52.7($26.61), FORWARDING FEE ($8.00), START 1000, STOP 1115

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

---

**CHRISTOPHER D. HEMMINGS**

VS.   Case No. 08-907 JDB

**UNITED STATES OF AMERICA, ET AL**

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me¹   DATE: 7/25/08 |
| NAME OF SERVER (print): J. LAVELLE   TITLE: DUSM |
| Check one box below to indicate appropriate method of service |
| [X] Served personally upon the defendant. Place where served: ADDRESS PROVIDED ON USM-285 |
| [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: |
| [ ] Returned unexecuted: |
| [ ] Other (specify): |
| STATEMENT OF SERVICE FEES |
| TRAVEL $26.61   SERVICES $98.00   TOTAL $124.61 |
| DECLARATION OF SERVER |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on 7/25/08   Signature of Server: [signed] |
| 235 N. WASHINGTON AVE. SCRANTON, PA 18503   Address of Server |

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | RECEIVED | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Christopher D. Hemmings | 08-907  JDB |
| **DEFENDANT** | TYPE OF PROCESS |
| United States of America, et al | S&C   2nd Request |

2008 JUL 30  P 2:52

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mr. Lindsey, Unit Manager USP - Canaan   (Individual Capacity)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** POB 400, Waymart, PA  18472

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

2008 JUL 17 AM 12: USMS RECEIVED

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk | Date 7/14/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/25/08   Time: 10 35 am

Signature of U.S. Marshal or Deputy: James [signature]

| Service Fee $90.00 | Total Mileage Charges (including endeavors) $26.61 | Forwarding Fee $8.00 | Total Charges $124.61 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Forwarded in SADIS 08-907-7/24/08, 1 DUSM-2 HRS.($90.00) MILEAGE RTN 52.7 ($26.61), FORWARDING FEE ($8.00) START 1000 STOP 1115

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

CHRISTOPHER D. HEMMINGS

VS.                                  Case No. 08-907 JDB

UNITED STATES OF AMERICA, ET AL

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me' || DATE: 7/25/08 |
| NAME OF SERVER (print) J. LAVELLE || TITLE DUSM |
| Check one box below to indicate appropriate method of service |||
| ☒ Served personally upon the defendant. Place where served: ADDRESS PROVIDED ON USM-285. |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ |||
| ☐ Returned unexecuted: _____ |||
| ☐ Other (specify): _____ |||
| STATEMENT OF SERVICE FEES |||
| TRAVEL $26.61 | SERVICES $98.00 | TOTAL $124.61 |
| DECLARATION OF SERVER |||
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on 7/25/08      *signature*      235 N. WASHINGTON AVE. SCRANTON, PA 18503 |||

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.