UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER HEMMINGS,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 08-0907 (JDB)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants by and through counsel, respectfully request an enlargement of time until October 6, 2008, to file an answer or otherwise respond to Plaintiff's complaint.[1]  In support of this motion, Defendants state the following:

1.　　Plaintiff filed his pro se complaint on or about May 29, 2008, alleging statutory and Constitutional claims against Defendants.  Defendants' answer or response to the Complaint is due on August 18, 2008.

2.　　It appears Plaintiff has named as many as twenty-one (21) federal employees in this action.  As permitted by law, the named individual Defendants may seek and have sought representation from the Department of Justice ("DOJ") pursuant to 28 C.F.R. § 50.15.

3.　　So far, the DOJ has approved representation for less than half of the individually-named Defendants.

---

[1]　　By way of this motion for an extension of time, the individual federal defendants do not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit, and all such defenses are expressly preserved.

4. Accordingly, the undersigned is seeking an enlargement until October 6, 2008, in light of the number of named individual Defendants and the fact that approving representation for each of could take time.

5. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[2]

Wherefore, Defendants respectfully request that this motion be granted. A minute order is respectfully requested.

August 14, 2008							Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." Therefore, the rule does not apply in this context.

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Christopher D. Hemmings,
Reg. No. 63179-053
Florence High-USP
POB 7000
Florence, Co
81226

on this 14th day of August 2008.         _/s/_____
                                         KENNETH ADEBONOJO
                                         Assistant United States Attorney